# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Ashley Sronkoski, <br><br> Plaintiff, <br><br> v. <br><br> Healthcare Revenue Recovery Group, LLC <br> dba Account Resolution Services <br> c/o Illinois Corporation Service Corp. <br> 801 Adlai Stevenson Drive <br> Springfield, IL 62703 <br><br> Defendant. | Case No. <br><br><br><br> **COMPLAINT** <br><br><br> **Jury Demand Requested** |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff is a resident of the State of Illinois.

4- Plaintiffs incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the õDebtö).

5- Defendant is a corporation with its principal place of business in the State of Florida.

6- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

9- On or around December 4, 2014, Plaintiff filed a voluntary bankruptcy petition that included the Debt.

10- Despite the bankruptcy filing, on or around December 29, 2014, Defendant sent a letter to Plaintiff to collect the Debt.

11- At the time of this communication, Defendant knew, or should have known, about Plaintiffsø bankruptcy filing.

12- Upon information and belief, Defendant failed to maintain reasonable procedures to avoid violations of the FDCPA by collecting on bankrupt debt.

13- Defendant damaged Plaintiff.

14- Defendant violated the FDCPA.

## COUNT I

15- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

16- Defendant violated 15 USC § 1692e(8) by sending false credit information to the credit reporting bureaus.

## COUNT II

17- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

18- Defendant violated 15 USC § 1692e(2) by falsely representing the legal status of the debt.

## COUNT III

19- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

20- Defendant violated 15 USC § 1692f by engaging in unfair and unconscionable practices to collect a debt.

## JURY DEMAND

21- Plaintiff demands a trial by jury.

## **PRAYER FOR RELIEF**

22- Plaintiff prays for the following relief:

- a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

- b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

- c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

- d. Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
Richard@meierllc.com
*Attorney for Plaintiff*